WILTROUT and another, Plaintiffs in error, v. STATE, Defendant in error.

*No. State 119. Submitted February 1, 1973.—Decided February 27, 1973.*
(Also reported in 204 N. W. 2d 680.)

For the plaintiffs in error the cause was submitted on the briefs of *David Post Smith* of Boscobel.

For the defendant in error the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *James A. Rogers,* assistant attorney general.

PER CURIAM. The plaintiffs in error, who are husband and wife, contend the search warrant authorizing the search of their home was improperly issued because the complaint upon which the warrant was based did not

. establish probable cause and because the reliability of named citizen informants was not established.

The court concludes the factual allegations in the complaint when considered either singly or in aggregate, are sufficient to establish probable cause for the issuance of the search warrant. Additionally, the court concludes the reliability of the named citizen informants is adequately established by the verification of various details of their information appearing in the complaint. *See State v. Paszek* (1971), 50 Wis. 2d 619, 184 N. W. 2d 836.

The judgments and orders are affirmed.